Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
Jermaine F. Brown, OSB #073415
JermaineBrown@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

Sarah N. Westcot*
swestcot@bursor.com
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 1420
Miami, FL  33131
Telephone: (305) 330-5512

Max S. Roberts, *admitted pro hac vice*
mroberts@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (646) 837-7150
*Attorneys for Plaintiffs and the Putative Class*
*\*Pro Hac Vice Application Forthcoming*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KRYSTINE AQUINO-RORALDO, and REGINA BERRIOS, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-01786-YY |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |
| v. | |
| MEDICAL MANAGEMENT INTERNATIONAL, INC., d/b/a BANFIELD PET HOSPITAL, | |
| Defendant. | |

Page 1 –    **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**

Fed. R. Civ. P. 41(a)(1)(A)(i) permits a plaintiff to "dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, neither an answer nor a motion for summary judgment has been filed. *See Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, Plaintiffs Krystine Aquino-Roraldo and Regina Berrios respectfully and voluntarily dismiss their claims against Defendant Medical Management International, Inc. d/b/a Banfield Pet Hospital without prejudice.

Further, the Court's Finding and Recommendations recommends dismissing Plaintiffs' claims for lack of Article III standing. ECF No. 63 at 16. A dismissal for lack of Article III standing must be without prejudice. *Barke v. Banks*, 25 F.4th 714, 721 (9th Cir. 2022) ("[D]ismissals for lack of Article III jurisdiction must be entered without prejudice because a court that lacks jurisdiction is 'powerless to reach the merits.'") (cleaned up). Because Plaintiffs do not object to the Court's Finding and Recommendations, the voluntary dismissal without prejudice achieves the same outcome in a more expedient manner.

Page 2 –      **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**

DATED:  February 23, 2026.        MARKOWITZ HERBOLD PC

s/ Jermaine F. Brown
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
Jermaine F. Brown, OSB #073415
JermaineBrown@MarkowitzHerbold.com
Attorneys for Plaintiffs

BURSOR & FISHER, P.A.

Sarah N. Westcot*
swestcot@bursor.com
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 1420
Miami, FL  33131
Telephone: (305) 330-5512

Max S. Roberts, admitted pro hac vice
mroberts@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (646) 837-7150

Attorneys for Plaintiffs and the Putative Class
* Pro Hac Vice Application Forthcoming

2418419.1

**Page 3 –      PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT
            PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**